# IN THE SUPREME COURT OF THE STATE OF NEVADA

CHARLES BELSSNER,
Appellant,

vs.

LIN ZHOU,
Respondent.

No. 76724

SEP 07 2018

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY S. Young
DEPUTY CLERK

## *ORDER DISMISSING APPEAL*

This is a pro se appeal from a district court order affirming a justice court decision. Eighth Judicial District Court, Clark County; Stefany Miley, Judge.

Our review of the documents submitted to this court pursuant to NRAP 3(g) reveals a jurisdictional defect. Specifically, the district courts have final appellate jurisdiction over cases arising in the justice courts. Nev, Const. art. 6, § 6; *see also Waugh v. Casazza*, 85 Nev. 520, 521, 458 P.2d 359, 360 (1969). Accordingly, we conclude that we lack jurisdiction over this appeal, and we therefore

ORDER this appeal DISMISSED.

_____ , J.
Pickering

_____ J.
Gibbons

_____ , J.
Hardesty

SUPREME COURT
OF
NEVADA

(O) 1947A

18-35003

cc: Hon. Stefany Miley, District Judge
Charles N. Belssner
Pintar Albiston LLP
Eighth District Court Clerk